IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01368-RPM

MICHAEL SAVOIE,

    Plaintiff,

v.

BHARAT DESAI, M.D.,

    Defendant.

## ORDER OF DISMISSAL

Upon consideration of The Stipulation for Dismissal with Prejudice [17], filed on April 29, 2008, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

Dated: April 30th, 2008

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge